**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Lance C. Earl, Esq.
Nevada Bar No. 2695
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
learl@maclaw.com
rlevins@maclaw.com
  Attorneys for Plaintiff The Puliz Companies

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PULIZ COMPANIES, INC., a Nevada corporation,<br><br>                              Plaintiff<br><br>    vs.<br><br>RENEWABLE ENERGY PARK LLC, a Wyoming limited liability company, REP NOTE HOLDERS LLC, a Wyoming limited liability company, TERRASCALE INC., a Delaware corporation, STEPHEN HOSHIMI, an individual, KEVIN ANNIS, an individual, KAYA STANLEY, an individual.<br><br>                              Defendants | Case No.: 2:23-cv-00428-CDS-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS KEVIN ANNIS' AND KAYA STANLEY'S MOTION TO DISMISS PLAINTIFF'S FEDERAL CLAIMS (BROUGHT UNDER SECTIONS 12(A)(1) AND 12(A)(2) OF THE SECURITIES ACT OF 1933) [ECF NO. 21]; ORDER<br>(FIRST REQUEST)**<br><br>**[ECF No. 23]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, THE PULIZ COMPANIES, INC. and Defendants, KEVIN ANNIS and KAYA STANLEY, by and through their respective attorneys of record, that Plaintiff may have additional time to file its response to the "*Motion to Dismiss Plaintiff's Federal Claims (Brought Under Sections 12(A)(1) and 12(A)(2) Of the Securities Act of 1933*" [ECF NO. 21] ("Motion to Dismiss") filed by Defendants, Kevin Annis and Kaya Stanley.   Plaintiff shall have until June 30, 2023 to file its opposition to the Motion to Dismiss.

This extension is intended to permit the parties an opportunity to meet and confer on the subject of the motion in an effort to resolve the dispute addressed in the Motion to Dismiss.

Respectfully submitted this 20th day of June, 2023.

| MARQUIS AURBACH | HUMPHREY O'ROURKE PLLC |
|---|---|
| By: __/s/ Lance C. Earl, Esq.__<br>Lance C. Earl, Esq.<br>Nevada Bar No. 2695<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff The Puliz Companies* | By: __/s/ L. Edward Humphrey, Esq.__<br>L. Edward Humphrey, Esq. NSB 9066<br>Patrick O'Rourke, Esq. NSB 13557<br>201 W. Liberty Street, Ste 350<br>Reno, Nevada 89501<br>*Attorneys for Defendants Kevin Annis and Kaya Stanley* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2023