**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Lance C. Earl, Esq.
Nevada Bar No. 2695
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
learl@maclaw.com
rlevins@maclaw.com
  Attorneys for Plaintiff The Puliz Companies

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE PULIZ COMPANIES, INC., a Nevada corporation,<br><br>           Plaintiff<br><br>    vs.<br><br>RENEWABLE ENERGY PARK LLC, a Wyoming limited liability company, REP NOTE HOLDERS LLC, a Wyoming limited liability company, TERRASCALE INC., a Delaware corporation, STEPHEN HOSHIMI, an individual, KEVIN ANNIS, an individual, KAYA STANLEY, an individual.<br><br>           Defendants | Case No.: 2:23-cv-00428-CDS-BNW<br><br>ORDER GRANTING **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO:**<br>**(A) DEFENDANTS KEVIN ANNIS' AND KAYA STANLEY'S MOTION TO DISMISS PLAINTIFF'S FEDERAL CLAIMS (BROUGHT UNDER SECTIONS 12(A)(1) AND 12(A)(2) OF THE SECURITIES ACT OF 1933) [ECF NO. 21]; AND**<br><br>**(B) DEFENDANTS RENEWABLE ENERGY PARK, LLC AND STEPHEN HOSHIMI'S JOINDER TO THE MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, THE PULIZ COMPANIES, INC. ("Puliz"), Defendants, KEVIN ANNIS and KAYA STANLEY (collectively, the "Annis/Stanley Parties"), and Defendants, RENEWABLE ENERGY PARK LLC, a Wyoming limited liability company, and STEPHEN HOSHIMI,

(collectively, the "Hoshimi Parties") by and through their respective attorneys of record, that Plaintiff may have additional time to file its response to:

    a.   *"Motion to Dismiss Plaintiff's Federal Claims (Brought Under Sections 12(A)(1) and 12(A)(2) Of the Securities Act of 1933"* [ECF NO. 21] ("Motion to Dismiss") filed by Defendants, Kevin Annis and Kaya Stanley, and

    b.   *"Joinder to the Motion to Dismiss Plaintiff's Federal Claims (Brought Under Sections 12(A) And 12(A)(2) of the Securities Act of 1933"* [ECF 22] ("Joinder")

**Plaintiff shall have until July 14, 2023 to file its opposition to the Motion to Dismiss.**

Counsel for Puliz, the Annis/Stanley Parties, and the Hoshimi Parties have been, and are engaged in discussions anticipated to resolve the dispute addressed in the Motion. However, with the upcoming July 4 Holiday and conflicting schedules, counsel have mutually agreed that additional time is required. Accordingly, this extension to July 14, 2023 is intended to permit the parties necessary additional time and opportunity to further confer in an effort to resolve the dispute addressed in the Motion to Dismiss and Joinder.

Respectfully submitted this 30th day of June, 2023.

MARQUIS AURBACH

                                                  HUMPHREY O'ROURKE PLLC

| | |
|---|---|
| By: */s/ Lance C. Earl, Esq.* <br> Lance C. Earl, Esq. <br> Nevada Bar No. 2695 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for Plaintiff The Puliz Companies* | By: */s/ L. Edward Humphrey, Esq.* <br> L. Edward Humphrey, Esq. NSB 9066 <br> Patrick O'Rourke, Esq. NSB 13557 <br> 201 W. Liberty Street, Ste 350 <br> Reno, Nevada 89501 <br> *Attorneys for Defendants Kevin Annis and Kaya Stanley* |

MAC:12859-002 5141248_1 6/30/2023 4:42 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

DAVID J. WINTERTON & ASSOCIATES, LTD.

By: ___/s/ David J. Winterton, Esq.___
David J. Winterton, Esq.
Nevada Bar No. 4142
7881 W. Charleston Blvd. Suite 220
Las Vegas, Nevada 89117
*Attorneys for Defendant Stephen Hoshimi*

## ORDER

IT IS THEREFORE ORDERED that plaintiff shall have until July 14, 2023, to file its opposition to the Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___July 5, 2023___