**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Lance C. Earl, Esq.
Nevada Bar No. 2695
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
learl@maclaw.com
rlevins@maclaw.com
  Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| THE PULIZ COMPANIES, INC., a Nevada corporation,<br><br>                         Plaintiff<br>        vs.<br><br>RENEWABLE ENERGY PARK LLC, a Wyoming limited liability company, REP NOTE HOLDERS LLC, a Wyoming limited liability company, TERRASCALE INC., a Delaware corporation, STEPHEN HOSHIMI, an individual, KEVIN ANNIS, an individual, KAYA STANLEY, an individual.<br><br>                         Defendants | Case No.:  2:23-cv-00428-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.PRO. 41(a)(1)(A)(ii) DEFENDANTS, RENWABLE ENERGY PARK LLC, REP NOTE HOLDERS LLC, STEPHEN HOSHIMI, KEVIN ANNIS AND KAYA STANLEY;**<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.PRO. 41(a)(1)(A)(ii) DEFENDANT TERRASCALE, INC.** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff, THE PULIZ COMPANIES, INC. ("Puliz"), and Defendants, KEVIN ANNIS and KAYA STANLEY (collectively, the "Annis/Stanley Parties"), RENEWABLE ENERGY PARK LLC, a Wyoming limited liability company, REP NOTE HOLDERS LLC, a Wyoming limited liability company, and STEPHEN HOSHIMI, (collectively, the "Hoshimi Parties") by and through their respective attorneys of record, hereby stipulate and agree to dismiss without prejudice all claims for

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

relief asserted by the Complaint filed by Puliz on March 22, 2023 (ECF No. 1) against the Annis/Stanley Parties and the Hoshimi Parties.

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Puliz also dismisses without prejudice, Defendant, Terrascale, Inc., a Delaware corporation ("Terrascale"), the remaining defendant named in the Complaint.  Dismissal without prejudice under Fed.R.Civ.Pro. 41(a)(1)(A)(i) with respect to Terrascale is appropriate because Terrascale has not appeared in this action or filed an answer, motion for summary judgment, or other responsive pleading in this action.

Dismissal without prejudice of the Annis/Stanley Parties and Hoshimi Parties is made pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii) based upon the following:

1.     On March 22, 2023, Puliz filed its Complaint in this action (ECF No. 1).

2.     On May 16, 2023, the Hoshimi Parties filed an Answer to the Complaint (ECF No. 15).

3.     On June 7, 2023, the Annis/Stanley Parties filed a Motion to Dismiss Plaintiff's Federal Claims (Brought Under Sections 12(A)(1) and 12(A)(2) of the Securities Act of 1933) (the "Motion to Dismiss") (ECF No. 21).

4.     On June 14, 2023, the Hoshimi Parties filed a Joinder to the Motion to Dismiss (ECF No. 22).

5.     Upon entry of this Stipulation and Order, the Motion to Dismiss and Joinder will be vacated.

IT IS FURTHER STIPULATED AND AGREED that Puliz, the Annis/Stanley Parties, and the Hoshimi Parties will bear their own costs and attorneys' fees incurred in relation to the proceedings before this Court.

IT IS FURTHER STIPULATED AND AGREED that Puliz, the Annis/Stanley Parties, and the Hoshimi Parties reserve all rights against all other parties with regard to any claims dismissed herein.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  Respectfully submitted this   20ᵗʰ day of July, 2023.

2  MARQUIS AURBACH                    HUMPHREY O'ROURKE PLLC

3

4  By:   /s/Lance C. Earl, Esq.          By:   /s/ L. Edward Humphrey, Esq.
       Lance C. Earl, Esq.                    L. Edward Humphrey, Esq. NSB 9066
5      Nevada Bar No. 2695                    Patrick O'Rourke, Esq. NSB 13557
       10001 Park Run Drive                  201 W. Liberty Street, Ste 350
6      Las Vegas, Nevada 89145              Reno, Nevada 89501
       *Attorneys for Plaintiff The Puliz*   *Attorneys for Defendants Kevin Annis*
7      *Companies*                           *and Kaya Stanley*

8

9

10

11  DAVID J. WINTERTON & ASSOCIATES,
    LTD.

12

13

14  By:   /s/David Winterton, Esq.
       David J. Winterton, Esq.
15     Nevada Bar No. 4142
       7881 W. Charleston Blvd. Suite 220
16     Las Vegas, Nevada 89117
       *Attorneys for Defendant Stephen*
17     *Hoshimi*

18                      **ORDER**

19  In accordance with the parties' joint stipulation, IT IS THEREFORE ORDERED that all
    defendants are dismissed from this case, and the stipulation to dismiss is GRANTED. The
20  pending motion to dismiss (ECF No. 21) is DENIED as moot. The Clerk of Court is
    directed to CLOSE THIS CASE.

21

22  **IT IS SO ORDERED.**

23  _____

24  Cristina D. Silva
    United States District Judge
25
     DATED: July 21, 2023
26

27

28
                    Page 3 of 3